# United States Court of Appeals
## For the First Circuit

Nos. 10-1275
     10-1593
     11-2290
     11-2346

MADELEINE CANDELARIO DEL MORAL,

Plaintiff, Appellee/Cross-Appellant,

v.

UBS FINANCIAL SERVICES INCORPORATED OF PUERTO RICO,

Defendant, Appellant/Cross-Appellee.

**ERRATA SHEET**

The opinion of this Court issued on November 9, 2012, is amended as follows:

On page 31, line 6, delete the phrase **"Costs to UBSPR."** and replace it with **"No costs to either party."**